JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO RUIZ,** | ) Case No. CV 13-6506-GW(FFMx) |
| Plaintiff, | ) **ORDER TO DISMISS** |
| vs. | ) **WITHOUT PREJUDICE** |
| **STUART ALLEN & ASSOCIATES, INC.; and DOES 1 TO 20 INCLUSIVE,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

DATED: October 7, 2013

_____
GEORGE H. WU, U.S. District Judge